UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>            Plaintiff,<br><br>    v.<br><br>MEHTA, et al.,<br><br>            Defendants. | Case No. 1:25-cv-01074-KES-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE AND EXTENSION OF TIME<br><br>(Doc. No. 9)<br><br>ORDER DIRECTING DEFENDANT TO RE-SERVE COPY OF OPPOSITION<br><br>JANUARY 30, 2026 DEADLINE |

      Pending before the court is Plaintiff's motion filed December 18, 2025. (Doc. No. 9). Therein, Plaintiff states that he did not receive a copy of Defendants' opposition to his motion to remand that was filed on October 9, 2025, and only learned of its filing when he went to the law library on December 8, 2025, and asked the librarian to print out the case docket. (Doc. No. 9 at 2 ¶ 8). Plaintiff requests Defendants be directed to serve a copy of their opposition on him and he be permitted an extension of time to file a reply.

      Defendants' Certificate of Service states the opposition was mailed to Plaintiff on October 10, 2025. (Doc. No. 8-1). Plaintiff attaches a copy of his legal mail log, which reflects Plaintiff did not receive any legal mail from the Office of the Attorney General between October 10, 2025, and December 10, 2025. (Doc. 9 at 36, Exh. C).

      Federal Rule of Civil Procedure 6(b) provides for extending deadlines for good cause

shown, if the request to extend time is made before the existing deadline.  Fed. R. Civ. P. 6(b)(1)(A).  If made after the time has expired, a party must also show excusable neglect.  Fed. R. Civ. P. 6(b)(1)(B).

Here Plaintiff's motion was made after the time for filing a reply expired.  The court finds Plaintiff has demonstrated both good cause and excusable neglect, since he did not receive Defendants' opposition to file a timely reply.  Thus, the court will afford Plaintiff an extension of time to file a reply in support of his motion to remand.

Accordingly, it is hereby ORDERED:

1. Plaintiff's motion (Doc. No. 9) is GRANTED to the extent set forth herein.
2. Defendant shall promptly re-serve a copy of their opposition to Plaintiff's motion for remand (Doc. No. 8) on Plaintiff, and file a "Notice of Filing" with the court.
3. **No later than January 30, 2026,** Plaintiff shall deliver his reply in support of his motion to remand to correctional officials for mailing**.**

Dated:    December 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2