**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY H. SOLVEY, | Case No.  1:25-cv-01074 KES HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REMANDING ACTION TO SACRAMENTO COUNTY SUPERIOR COURT, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| MEHTA, et al., | |
| Defendants. | Docs. 7, 17 |

Stanley H. Solvey initiated this action by filing a complaint against ten defendants in Sacramento County Superior Court Case No. 25CV14337.  *See* Docs. 1, 1-1, 1-2.  After six of the defendants removed the matter to the district court, Solvey moved to remand, arguing that the removal was procedurally defective.  Doc. 7.  Defendants opposed the motion.  Doc. 8.

On April 29, 2026, the assigned magistrate judge found that the removal was untimely and that not all defendants consented to the removal.  Doc. 17 at 3-8.  The magistrate judge recommended granting the motion to remand and remanding the case to the Sacramento County Superior Court.  *Id.* at 9.  The Court served the findings and recommendations upon all parties and notified them that any objections were due within 14 days.  *Id.*  The Court also advised that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal."  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  No objections were filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on April 29, 2026 (Doc. 17), are ADOPTED in full.

2. Plaintiff's motion to remand (Doc. 7) is GRANTED.

3. This matter is REMANDED to the Sacramento County Superior Court.

4. The Clerk of the Court is directed to mail a certified copy of the order of remand to the Clerk of the Sacramento County Superior Court, pursuant to 28 U.S.C. § 1447(c), and to close this case.

IT IS SO ORDERED.

Dated:   May 14, 2026

_____
UNITED STATES DISTRICT JUDGE

2